UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHANNA RUBEROE,<br><br>　　　　Petitioner,<br><br>v.<br><br>J.F. SALAZAR, Warden,<br><br>　　　　Respondent. | No. CV 08-7094-SJO (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　　IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: _____7/17/09_____　　　_____
　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE